# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146359 & (75)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JAMES ALLEN WILFORD,
        Defendant-Appellant.

SC: 146359
COA: 303028
Ingham CC: 09-001310-FC

_____/

　　　　On order of the Court, the application for leave to appeal the October 23, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

p0422